ALBANY,
Dec. 1834.

Cole
v.
Greene.

COLE *vs.* GREENE.

Where a count in a declaration in *slander* is made unnecessarily voluminous, by laying the words to have been spoken in a great variety of modes of expression, the count on taxation will be reduced to reasonable limits; thus, where the count contained *twenty-seven folios*, it was directed that only *twelve folios* should be allowed on taxation.

December 4.

THIS was a motion for re-taxation of costs. The action was *slander*, in which the plaintiff had a verdict. The declaration contained *two counts*, amounting, together, to 54 folios. Each count contained a specification of words, laid as spoken in a great variety of forms of expression, with a view to meet the evidence in the case, which was the cause of the counts being swoln to so great a number of folios. The defendant insisted that it was not allowable to a plaintiff thus to swell his declaration, and unnecessarily create expense.

*By the Court,* SUTHERLAND, J. Latitude must be allowed to a plaintiff so to frame his declaration as to meet the evidence; but there should be no abuse of the discretion thus given. Had the plaintiff here used proper diligence to ascertain the words spoken, there could have been no necessity for swelling the declaration as has been done in this case. The plaintiff is entitled two have to counts taxed, but not more than 12 folios should be allowed for each count; and a correspondent reduction must be made in all the subsequent proceedings.